**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ERIC JORELL MATHIS, | ) | 3:18-cv-00328-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| CHUCK ALLEN, STATE OF NEVADA, | ) | |
| WASHOE COUNTY PUBLIC | ) | |
| DEFENDERS OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

On July 5, 2018, Plaintiff, who is being held at the Washoe County Detention Facility, filed an application to proceed in district court without prepaying fees or costs (IFP application) and *pro se* complaint (ECF Nos. 1, 1-1). The IFP application, however, is not completed and contains no information to allow the court to determine whether Plaintiff should be permitted to proceed IFP.

Therefore, the Clerk shall **SEND** Plaintiff a copy of the IFP application by an inmate under 28 U.S.C. § 1915 as well as the instructions for filing the same. Plaintiff shall have **THIRTY (30) DAYS** from the date of this Order to file a completed IFP application. If Plaintiff fails to do so, the court may recommend dismissal of this action.

**IT IS SO ORDERED.**

DATED: August 1, 2018.

William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE