# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC JORELL MATHIS,<br><br>　　　　　　　Plaintiff,<br>　v.<br>CHUCK ALLEN, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:18-cv-0328-MMD-WGC<br><br>ORDER |

This action was filed on September 19, 2018. The Court issued a notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service as to Chuck Allen is filed by January 20, 2019. (ECF No. 10.) To date, no proof of service has been filed.

Accordingly, it is ordered, adjudged and decreed that claims against Chuck Allen are dismissed without prejudice.

It is further ordered that the Clerk close this case since the other defendants have been dismissed (*see* ECF No. 6 at 2).

DATED THIS 31st day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE